# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 15, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

150643(140)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v                                                              SC:  150643
                                                               COA:  313670
BOBAN TEMELKOSKI,                                              Wayne CC:  94-000424-FH
          Defendant-Appellant.
_____/

       On order of the Chief Justice, the motion of amicus curiae Attorney General to share the oral argument time with counsel for plaintiff-appellee is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 15, 2017



Clerk